GUSSIE BLUT, AS EXECUTRIX UNDER THE LAST WILL AND TESTAMENT OF ISAAC BLUT, DECEASED, PLAINTIFF-RESPONDENT, v. BENJAMIN KATZ, ET AL., DEFENDANTS-PETITIONERS.

See same case below: 24 *N. J. Super.* 165.

*Mr. Abraham Waks* and *Mr. Hymen D. Goldberg* for the petitioners.

*Messrs. Marcus & Levy* and *Mr. Harry Chashin* for the respondent.

April 27, 1953.   Granted.